## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

Groesbeck, John

Case No.: _____18-26977_____

Chapter: _____7_____

Judge: _____MBK_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |
| --- | --- |

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on ___November 19, 2018___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___8___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 16 Kelsey Farm Road<br>Milford, NJ<br>FMV - +/-$ 620,000.00<br>Co-owned with non debtor |
| --- | --- |

| Liens on property: | Bank of New York- $ 699,059.46<br><br>Plus 10% Estimated Costs of Sale |
| --- | --- |

| Amount of equity claimed as exempt: | $-0- |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name: _____Daniel E. Straffi, Esq._____

Address: _____670 Commons Way Toms River, NJ 08755_____

Telephone No.: _____732-341-3800_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26977-MBK
John Groesbeck                                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Oct 03, 2018
                               Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db            +John Groesbeck,   16 Kelsey Farm Road,   Milford, NJ 08848-2164
517719733    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
517719731      Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
517719734      Bank of New York Mellon,   PO Box 6172,   Rapid City, SD 55709-6172
517719735      Capital One,   PO Box 71087,   Charlotte, NC 28272-1087
517719736      Chase Slate,   PO Box 15123,   Wilmington, DE 19850-5123
517719737     +Citi,   PO Box 6062,   Sioux Falls, SD 57117-6062
517719739     +Hunterdon County Sheriff,   Main Street County Complex,   71 Main Street, Bldg. 1, 1st floor,
               PO Box 2900,   Flemington, NJ 08822-2900
517719740      IRS,   PO Box 71084,   Charlotte, NC 28272-1084
517719741     +KML Law Group, PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
517719742     +Shell,   PO Box 6062,   Sioux Falls, SD 57117-6062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:32     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517719738      E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39     Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
                                                                                    TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517719732*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15025,   Wilmington, DE 19886-5025)
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
          Andrew I. Radmin    on behalf of Debtor John  Groesbeck andyradz@aol.com,
           andyradz@aol.com;r39798@notify.bestcase.com
          Daniel E. Straffi   bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-J6) kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5